**Opinion issued February 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01006-CV

———————————

**ENIOS TECHNOLOGIES, INC. AND RICHARD LASATER, Appellants**

**V.**

**TANUJ MEHTA, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-49738**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss their appeal. Appellee has not opposed this motion. No opinion has issued.

We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.